# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2009

Marilyn Kelly,
Chief Justice

137232

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 137232
                                  COA: 277788

GARON KEILAN PLUMP,
           Defendant-Appellant.
                                  Oakland CC: 2007-212616-FH

_____/

      On order of the Court, the application for leave to appeal the July 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal.

      CAVANAGH, J., would grant leave to appeal to consider the issue in *People v Watkins*, 482 Mich 1114 (2008).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2009

p0623

_____
Clerk